UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 25-700-01 (MAS) |
| BRIAN R. KAHN | : | <u>WAIVER OF INDICTMENT</u> |

I, Brian R. Kahn, the above-named defendant, who is charged in the Information with conspiracy to commit securities fraud contrary to Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on <u>December 10, 2025</u>, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant Brian R. Kahn

_____
Tim Anderson, Esq.
Counsel for Defendant

RECEIVED
DEC 10 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Before: _____
HON. MICHAEL A. SHIPP
Judge, United States District Court