DNJ-CR-011   (3/2010) Appearance Bond

# UNITED STATES DISTRICT COURT

FOR THE _____   District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

**RECEIVED**
DEC 1 0 2025
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

**BRIAN R. KAHN**
Defendant

Case Number:   Criminal 3:25-cr-00700-MAS-1

Non-surety:   I, the undersigned defendant acknowledge that I and my . . .
Surety:   We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 100,000.00 UNSECURED

The conditions of this bond are that the defendant _____ **BRIAN R. KAHN** _____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on  12/10/2025 _____   at _____ Trenton , New Jersey _____
Date                                                                                 Place

Defendant   _____ /s/ Brian R. Kahn _____   Address _____
Brian R. Kahn                                                  (City & State Only)

Surety   _____   Address _____
                                                                            (City & State Only)

Surety   _____   Address _____
                                                                            (City & State Only)

Signed and acknowledged before me on   12/10/2025 _____
                                                                          Date

Approved  _____ /s/ _____                         Melissa E. Rhoads, Esq, CLERK
                    Judicial Officer                        _____ /s/ James Balfour _____
                                                                     James Balfour, Deputy Clerk

DNJ-CR-011        (3/2010)

# JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____; and that my net worth is the sum of

_____ dollars ($ _____).

I further state that

 

 

                                                                                                                                       Surety

Sworn to before me and subscribed in my presence    _____

                                                                                                                                         Date

at _____.
                                                          Place

_____    _____
              Name and Title                                              Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside _____

_____; and that my net worth is the sum of

_____ dollars ($ _____).

I further state that

 

 

                                                                                                                                        Surety

Sworn to before me and subscribed in my presence    _____
                                                                                                                                        Date

at _____.
                                                          Place

_____    _____
              Name and Title                                              Signature of Judicial Officer/Clerk

Justification Approved: _____
                                        Judicial Officer